**PROPERTY EXECUTION PROCEEDINGS**  
**APPLICATION, ORDER, EXECUTION**  
JD-CV-5 Rev. 3-02  
C.G.S. §52-356a  

STATE OF CONNECTICUT  
US District ~~SUPERIOR~~ COURT  
www.jud.state.ct.us  

SEE BACK/PAGE 2 FOR INSTRUCTIONS TO PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR

| TO JUDGMENT CREDITOR OR ATTORNEY | TO CLERK | TO PROPER OFFICER |
|---|---|---|
| Type or print original and four copies of the Application. If judgment debtor is a natural person, attach copy of form JD-CV-5b. Present original and 3 copies to clerk of court. Enter name and address of person to receive issued execution in the address box below. | Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; return original and 2 copies to the applicant. Retain a copy for the file. | Make execution as directed in the "Execution" section below. Attach return to signed original within 4 months from the date this execution issued. If judgment debtor is a natural person, attach exemption claim form JD-CV-5b to copy(ies) of execution served. Complete Section II on exemption claim form. |

NAME AND MAILING ADDRESS OF JUDGMENT CREDITOR OR ATTORNEY  
(To be completed by Judgment Creditor or Attorney)

ATTORNEY BARRY T. PONTOLILLO  
P.O. BOX 943  
MERIDEN, CT 06450

APPFEXT  
EXISSUE  
EXRETD

## APPLICATION

ADDRESS OF COURT (Number, street, and town): US District Court, 450 Main St., Hartford CT 06103  
DATE OF JUDGMENT: 1/18/02  
DOCKET NUMBER: 3:01 CV 818 (DJS)

NAME(S) AND ADDRESS(ES) OF JUDGMENT CREDITOR(S) MAKING APPLICATION:  
JUSTIN R. GARGANO  
c/o Attorney Barry T. Pontolillo  
P.O. Box 943  
MERIDEN, CT 06450

NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S):  
ROY RAMSDELL DBA HONDA HAVEN  
507 MAIN STREET  
EAST HAVEN, CT

AMOUNT: 30,152.92  
COSTS: 247.50  
TOTAL: 30,400.42

TOTAL UNPAID: -0-   AMOUNT UNPAID: 30,400.42

Is this a money judgment for personal, family or household purposes? NO ✓YES  
Has a stay of property executions been entered pursuant to an installment payment order? ✓NO ☐YES

IF A STAY OF PROPERTY EXECUTIONS: N/A

SIGNED: [signature]  
DATE SIGNED: 10/14/03  
TELEPHONE NO.: (203) 238-7676

## EXECUTION

To Any Proper Officer:  
Whereas on said date of judgment the Judgment Creditor(s) recovered judgment against the Judgment Debtor(s) before the court for the amount stated, as appears of record whereof execution remains to be done. These are, therefore BY AUTHORITY OF THE STATE OF CONNECTICUT TO COMMAND YOU, That of the nonexempt goods of said Judgment Debtor(s) within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor(s) the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the judgment debtor, and if the judgment debtor is a natural person, a copy of the exemption claim form (JD-CV-5b), and make demand for payment by the judgment debtor of all sums due under the money judgment. On failure of the judgment debtor to make immediate payment you are commanded to levy on nonexempt personal property of the judgment debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows. If such nonexempt personal property is in the possession of the judgment debtor, you shall take such personal property into your possession as is accessible without breach of peace. If the judgment debtor has left the state prior to service of this execution, or if he cannot be found with reasonable effort at his last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the judgment debtor of record with the clerk of the Superior Court and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.  
See back/page 2 for additional command regarding Demand on Third Person.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.

NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE, AND SALE BY THE PROPER OFFICER PURSUANT TO THIS EXECUTION.

SIGNED (Assistant Clerk): X [signature]  
ON (Date): October 14, 2003