FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 APR 27  P 2: 07

U.S. DISTRICT COURT
HARTFORD, CT.

IN RE: : CASE NO. 3:01CV818 (DJS)

ROY RAMSDELL DBA HONDA HAVEN :

Debtor, :

---

JUSTIN R. GARGANO :

Plaintiff, :

V :

ROY RAMSDELL DBA HONDA HAVEN :

Defendant. : APRIL 19, 2004

### REQUEST FOR SPECIAL APPOINTMENT

The Plaintiff, Justin R. Gargano moves pursuant to Federal Rule of Civil Procedure 4.1(a), for entry of an order specially appointing Marshal Sanford Sheftel ( with an office at 370 Brownstone Ridge, Meriden, CT) to serve bank executions to collect a judgment entered by this Court against Roy Ramsdell dba Honda Haven. Rule 4.1 mandates the need for this request where process is to be served by anyone other than a United States marshal or deputy United States marshal. The undersigned believes that the appointment of Sanford Sheftel will expedite collection of the judgment because the state marshals (like Marshal Sheftel) regularly perform that function and are familiar with state procedures in connection with executions. Federal Rule

of Civil Procedure 69 provides that the procedure on executions must be in accordance with the practice and procedure of the State of Connecticut.

WHEREFORE, Plaintiff moves for an Order appointing Marshal Sheftel to serve bank executions in accordance with the practice and procedures of the State of Connecticut.

                                        PLAINTIFF,

                                        JUSTIN R. GARGANO

BY _____
                Kenneth M. Rozich
                Law Offices of Edward D. Jacobs
                142 Temple Street
                New Haven, CT 06510
                Bar No. CT 2027
                203-772-4134