FILED

2004 APR 27 P 2: 12

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 3:01CV818 (DJS) |
| ROY RAMSDELL DBA HONDA HAVEN | : | |
| Debtor, | : | |

| | | |
|---|---|---|
| JUSTIN R. GARGANO | : | |
| Plaintiff, | : | |
| V | : | |
| ROY RAMSDELL DBA HONDA HAVEN | : | |
| Defendant . | : | APRIL 19, 2004 |

## ORDER

The foregoing request to specially appoint Marshal Sheftel, in the above captioned case, to serve bank executions in accordance with the practice and procedure of the State of Connecticut is hereby GRANTED.

BY THE COURT

*[signature]*
Deputy Clerk